IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| GEOFFREY EMEKA EGBOMAH | : | Magistrate Number 94-99-M |

**O R D E R**

AND NOW, this 30th day of July, 2010, having considered Mr. Geoffrey Emeka Egbomah's Motion for Expungement of Arrest Record (Docket Nos. 16 and 18) as well as the response by the United States (Docket No. 17) it is hereby **ORDERED** that the Motion to Expunge is **DENIED.**

A memorandum and Opinion follow.

BY THE COURT:

_____
L. FELIPE RESTREPO
U.S. MAGISTRATE JUDGE